IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY MITCHELL,

        Plaintiff,                      No. CIV S-08-1137 GEB GGH P

    vs.

UNKNOWN, et al.,

        Defendants.             FINDINGS & RECOMMENDATIONS

_____/

        By order filed June 24, 2008, plaintiff was granted thirty days leave to file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. The thirty day period has now expired, and plaintiff has not filed a complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the

Case 2:08-cv-01137-GEB-GGH   Document 4   Filed 10/17/08   Page 2 of 2

1. specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: 10/17/08

<div style="text-align:right">
<u>/s/ Gregory G. Hollows</u><br>
United States Magistrate Judge
</div>

GGH:035
mitc1137.fta